UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK DUNLAP,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HENDERSON CITY JAIL, *et al.*,<br><br>　　　　　　Defendants. | Case No.  2:20-cv-01420-APG-BNW<br><br>ORDER |

## I.  DISCUSSION

In its May 2, 2021 Screening Order, the Court ordered Plaintiff to file his amended complaint by June 7, 2021.  (ECF No. 7 at 15).  The Court also advised Plaintiff that, if he did not file a timely amended complaint by that deadline, the action would be dismissed for failure to state a claim.  (*Id.* at 16).  Plaintiff has filed a motion for an extension of time of 30 days to file his amended complaint.  (ECF No. 8).  The Court grants the motion.  Plaintiff shall file his amended complaint on or before July 7, 2021.  Failure to file an amended complaint by that date may result in dismissal of this action for failure to sate a colorable claim. Plaintiff is reminded that he may not amend the complaint to add unrelated claims against other defendants and that an amended complaint does not include new claims based on events that have taken place since the original complaint was filed.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 8) is granted. Plaintiff shall file his amended complaint on or before July 7, 2021.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by July 7, 2021, this action may be dismissed for failure to state a claim.

Dated: June 15, 2021.

_____
Brenda Weksler
United States Magistrate Judge